UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 7, 2019

To: BRAD J. SADEK
      Sadek and Cooper
      1315 Walnut Street
      Suite 502
      Philadelphia, PA 19107

In re:  **Stephen and Alison Mulzet**
Bankruptcy No. **19-10768**
Adversary No.

Re  **Chapter 7 Voluntary Petition**

The above document(s) were filed in this office on **2/6/2019.** Please be advised that the filing fee
has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or
the Local Rules of this court.

| | |
|---|---|
| (X) | Voluntary Petition - $335.00 |
| () | Adversary Proceeding |
| () | $31.00 Filing Fee for Amendments |
| () | $25.00 Claims Transfer Fee |
| () | Motion Filing |

Please submit the payment(s) within seven (7) days from the date of this notice as required by
the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this
matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Jennifer Dahms**
      Deputy Clerk

*Fee Notice*
*(11/26/18)*